SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Jennifer A. Osowiecki,* in support of the petition.

*Kenneth A. Votre* and *John-Henry M. Steele,* in opposition.

Decided October 25, 2000

ROSELYNN D. CONFORTI ET AL. *v.* DONALD B. CHRISTIE ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Eddi Z. Zyko,* in support of the petition.

*Anne Kelly Zovas,* in opposition.

Decided October 25, 2000

ROBERT LITTLEFIELD *v.* COMMISSIONER OF CORRECTION

*David B. Rozwaski,* special public defender, in support of the petition.